UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                         Case No. 8:07-cr-243-T-24TGW

GLORY ANN DAVENPORT,

    Defendant.
_____

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court upon the filing of the Motion of the United States of America for a personal money judgment in the amount of $79,000.00 in United States currency, **which, at sentencing, shall become a final order of forfeiture as to defendant Glory Ann Davenport**.

The Court hereby finds that $79,000.00 in United States currency is the amount of funds obtained by the defendant as a result of her theft of government funds as charged in Counts One and Two of the Indictment, for which defendant pled guilty. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant Glory Ann Davenport is personally liable for a forfeiture money judgment in the amount of $79,000.00 in United States currency, which

represents the amount of proceeds the defendant obtained as a result of her theft of government funds as charged in Counts One and Two of the Indictment.

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's property up to the total value of the $79,000.00 money judgment as substitute assets in satisfaction of the judgment, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of any property, belonging to the defendant, that the United States is entitled to seek as substitute assets, and to entertain any third party claims that may be asserted in these proceedings.

DONE and ORDERED in Chambers in Tampa, Florida, this 17th day of September, 2007.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:
Anita M. Cream, AUSA
Counsel of Record